1

2  Mark Punzalan (State Bar No. 247599)
   PUNZALAN LAW, P.C.
3  600 Allerton Street, Suite 201
   Redwood City, CA 94063
4  Tel: (650) 362-4150
   Fax: (650) 362-4151
5  Email: markp@punzalanlaw.com

6  Nicholas I. Porritt
   Thomas Gottschlich
7  LEVI & KORSINSKY LLP
   1101 30th Street NW, Suite 115
8  Washington, DC 20007
   Tel: (202) 524-4290
9  Fax: (202) 337-1567
   Email: nporritt@zlk.com
10 Email: tgottschlich@zlk.com

11 *Attorneys for Lead Plaintiff The OCZ Investor Group*

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 IN RE OCZ TECHNOLOGY GROUP,        No.  12-CV-05265-RS
   INC. SECURITIES LITIGATION
17                                    **STIPULATION AND [PROPOSED]**
                                      **ORDER FOR FILING OF THE**
18                                    **CONSOLIDATED AMENDED**
                                      **COMPLAINT AND DEFENDANTS'**
19                                    **RESPONSE THERETO AND**
                                      **CONTINUANCE OF CASE**
20                                    **MANAGEMENT CONFERENCE**

21                                    Hon. Richard Seeborg

22

23

24

25

26

27

28
   _____
   STIPULATION AND [PROPOSED] ORDER FOR FILING CONSOLIDATED AMENDED COMPLAINT
                        CASE NO. 12-CV-05265-RS

WHEREAS, nine related securities class action lawsuits were filed on behalf of all those who purchased or otherwise acquired the securities of OCZ Technology Group, Inc. ("OCZ") between July 10, 2012 and October 11, 2012, inclusive;

WHEREAS, on November 5, 2012, the Court issued a Clerk's Notice ("Clerk's Notice") continuing the Case Management Conference ("CMC") from January 17, 2013 to February 7, 2013, at 10:00 a.m.;

WHEREAS, pursuant to the Clerk's Notice and the Initial Order Setting Initial Case Management Conference and ADR Deadlines, the Court's CMC and ADR deadlines are continued accordingly;

WHEREAS, by order dated January 4, 2013 (the "Order"), the Court consolidated the related lawsuits and appointed the OCZ Investor Group, comprised of Leo Jegen, Vincent M. Monnier, Shih Leng Tan, and Len C. Villacres (the "Lead Plaintiff") as lead plaintiff to represent the class;

WHEREAS, the Order directed Lead Plaintiff to file a consolidated class action complaint;

WHEREAS, in light of the current procedural posture, and in particular, the fact that the operative complaint has not yet been filed, the parties respectfully request that the CMC and related CMC and ADR deadlines be continued as set forth below;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, all proceedings, including discovery, are stayed pending a decision on Defendants' anticipated motion(s) to dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.      The CMC is continued until October 3, 2013.  Likewise, the deadlines for filing a Rule 26(f) report or Joint Case Management Statement and ADR documents pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 are continued  in accordance with the October 3, 2013 CMC date.

STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING CONSOLIDATED AMENDED COMPLAINT
CASE NO. 12-CV-05265-RS

1          2.        Lead plaintiff shall file and serve a consolidated amended complaint on or before

2    March 5, 2013.

3          3.        Defendants shall move, answer or otherwise respond to the consolidated

4    amended complaint on or before May 6, 2013.

5          4.        If Defendants move to dismiss the consolidated amended complaint, lead

6    plaintiff shall file its opposition on or before July 5, 2013.

7          5.        Defendants shall file and serve their reply memoranda to any opposition made by

8    lead plaintiff on or before August 5, 2013.

9

10   Dated: January 17, 2013

11   /s/ Nicholas I. Porritt                              /s/ Diane M. Walters
     Nicholas I. Porritt                                  Diane M. Walters
12   LEVI & KORSINSKY LLP                                 WILSON SONSINI ROSATI & GOODRICH
     1101 30th Street, NW, Suite 115                      P.C.
13   Washington, DC 20007                                 650 Page Mill Road
     Tel: (202) 524-4290                                  Palo Alto, CA 94304
14   Fax: (202) 333-2121                                  Tel: (650) 493-9300
                                                          Fax: (650) 493-6811
15   *Counsel for Lead Plaintiff the*
16   *OCZ Investor Group*                                 *Counsel for Defendant OCZ Technology*
                                                          *Group, Inc.*
17
     /s/ Norman J. Blears
18   Norman J. Blears
     HOGAN LOVELLS LLP
19   525 University Avenue 4th Floor
     Palo Alto, California  94301
20   Tel:  (650) 463-4000
     Fax:  (650) 463-4199
21
     *Counsel for Arthur F. Knapp, Jr.*
22

23

24

25

26

27
                                            2
28   STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING CONSOLIDATED AMENDED COMPLAINT
                                   No. 12-cv-05265-RS

1    I, Mark Punzalan, am the ECF User whose identification and password are being used to

2 file the foregoing document.  I hereby attest that the content of this document is acceptable to all

3 persons required to sign the document.

4 Dated: January 17, 2013                    PUNZALAN LAW, P.C.

5

6                                        By: _____/s/_____

7                                              Mark Punzalan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**[PROPOSED] ORDER**

1

2      NOW, THEREFORE, IT IS HEREBY ORDERED:

3      1.      The Case Management Conference is continued until October 3, 2013.

4  Likewise, the deadlines for filing a Rule 26(f) report or Joint Case Management Statement

5  andADR documents pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 are continued  in accordance

6  with the October 3, 2013 CMC date.

7      2.      Lead plaintiff shall file and serve a consolidated amended complaint on or before

8  March 5, 2013.

9      3.      Defendants shall move, answer or otherwise respond to the consolidated

10  amended complaint on or before May 6, 2013.

11      4.      If Defendants move to dismiss the consolidated amended complaint, lead

12  plaintiff shall file its opposition on or before July 5, 2013.

13      5.      Defendants shall file and serve their reply memoranda to any opposition made by

14  lead plaintiff on or before August 5, 2013.

15      IT IS SO ORDERED.

16

17      DATED:_ 1/18/13 _____      _____

18                                      THE HONORABLE RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27
                                        4
28