```
 1  Norman J. Blears (Bar No. 95600)
    Maren J. Clouse (Bar No. 228726)
 2  HOGAN LOVELLS US LLP
    525 University Avenue, 4th Floor
 3  Palo Alto, California 94301
    Telephone: (650) 463-4000
 4  Facsimile:  (650) 463-4199
    norman.blears@hoganlovells.com
 5  maren.clouse@hoganlovells.com

 6  Attorneys for Defendant
    Arthur F. Knapp, Jr.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SECURITIES LITIGATION | Lead Case No. C 12-05265 RS<br><br>(Consolidated with Case Nos. C 12-05288, 12-05296, 12-5329, 12-05345, 12-05381, 12-05423, 12-05476, 12-05684) |
| This Document Relates To:<br><br>All Actions | **NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Richard Seeborg |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Arthur F. Knapp, Jr. hereby substitutes the law firm of Hogan Lovells US LLP as his counsel of record in this action, in the place and instead of Wilson Sonsini Goodrich & Rosati, Professional Corporation.

Pursuant to such substitution, Mr. Knapp hereby request that all notices, filings and other documents in this action be served on the following counsel:

Norman J. Blears (Bar No. 95600)
Maren J. Clouse (Bar No. 228726)
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
norman.blears@hoganlovells.com
maren.clouse@hoganlovells.com

I hereby agree to the foregoing substitution.

Dated: March 5, 2013            By: _____/s/ *Arthur F. Knapp, Jr.*_____
                                     Arthur F. Knapp, Jr.

We hereby agree to the foregoing substitution.

Dated: March 5, 2013            WILSON SONSINI GOODRICH &
                                ROSATI, PROFESSIONAL
                                CORPORATION

                                By: _____/s/ *Diane Walters*_____
                                     Diane Walters

We hereby accept the foregoing substitution.

Dated: March 5, 2013            HOGAN LOVELLS US LLP

                                By: _____/s/ *Norman J. Blears*_____
                                     Norman J. Blears

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Norman J. Blears, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 5, 2013

*/s/ Norman J. Blears*
Norman J. Blears

## ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Hogan Lovells US LLP is substituted as counsel of record in this action for defendant Arthur F. Knapp, Jr., in place and instead of Wilson Sonsini Goodrich & Rosati, Professional Corporation.

Dated: 3/18/13

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE