1  BORIS FELDMAN, State Bar No. 128838
   Email:  boris.feldman@wsgr.com
2  CAZ HASHEMI, State Bar No. 210239
   Email:  chashemi@wsgr.com
3  DIANE M. WALTERS, State Bar No. 148136
   Email:  dwalters@wsgr.com
4  NAIRA DER KIUREGHIAN, State Bar No. 282391
   Email:  ndk@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:    (650) 565-5100
8

9  Attorneys for Defendant
   OCZ Technology Group, Inc.
10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  IN RE OCZ TECHNOLOGY GROUP, INC.        )   CASE NO.:  12-CV-05265-RS
    SECURITIES LITIGATION                   )
16                                          )   STIPULATION AND [PROPOSED]
                                            )   ORDER REGARDING EXTENSION
17                                          )   OF TIME TO RESPOND TO
                                            )   CONSOLIDATED AMENDED CLASS
18                                          )   ACTION COMPLAINT
                                            )
19                                          )   DATE:    N/A
                                            )   TIME:    N/A
20                                          )   JUDGE:   Hon. Richard Seeborg
                                            )
21  _____)

22

23

24

25

26

27

28

1    WHEREAS, on March 5, 2013, plaintiffs in the above-captioned action filed a

2  Consolidated Amended Class Action Complaint (the "Consolidated Amended Complaint");

3    WHEREAS, pursuant to a stipulation and order entered on January 18, 2013, the deadline

4  for defendants to respond to the Consolidated Amended Complaint is May 6, 2013;

5    WHEREAS, the parties have agreed to schedule a private mediation on June 27, 2013 to

6  explore the possibility of a resolution of the above-captioned action;

7    WHEREAS, in light of the upcoming mediation, defendants have requested that the

8  deadline to respond to the Consolidated Amended Complaint be extended until thirty days after

9  the June 27, 2013 mediation, or until July 29, 2013, and plaintiffs have agreed to defendants'

10  request;

11    WHEREAS, the requested extension is not for the purpose of delay and will not prejudice

12  any party;

13    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

14  undersigned, subject to Court approval, as follows:

15    1.    Defendants shall have until July 29, 2013 to respond to the Consolidated

16  Amended Complaint.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]          -1-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

1    Dated:  April 24, 2013

2

3

4

5

6

7

8

9    Dated:  April 24, 2013

10

11

12

13

14

15

16

17    Dated:  April 24, 2013

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100


By: /s/      Diane M. Walters
             Diane M. Walters
             dwalters@wsgr.com

Attorneys for Defendant
OCZ Technology Group, Inc.


HOGAN LOVELLS LLP
525 University Avenue 4th Floor
Palo Alto, CA  94301
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199


By: /s/      Norman J. Blears
             Norman J. Blears
             Norman.blears@hoganlovells.com

Attorneys for Defendant
Arthur F. Knapp, Jr.


IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA   90067
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199


By: /s/      Daniel P. Lefler
             Daniel P. Lefler
             DLefler@irell.com

Attorneys for Defendant
Ryan M. Petersen

1

Dated:  April 24, 2013

LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115

2

Washington, DC   20007
Telephone:  (202) 524-4290

3

Facsimile:   (202) 337-1567

4

5

By: /s/     Nicholas I. Porritt

6

Nicholas I. Porritt
Email:  nporritt@zlk.com

7

- and -

8

PUNZALAN LAW, P.C.

9

600 Allerton Street, Suite 201
Redwood City, CA   94063
Telephone:  (650) 362-4150

10

Facsimile:   (650) 362-4151

11

Attorneys for Lead Plaintiff The OCZ Investor
Group

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]          -3-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

1      I, Diane M. Walters, am the ECF user whose ID and password are being used to file this

2  STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO

3  RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT.  In

4  compliance with General Order 45, X.B., I hereby attest that Norman J. Blears, Daniel P. Lefler,

5  and Nicholas Porritt have concurred in this filing.

6

7  Dated:  April 24, 2013          WILSON SONSINI GOODRICH & ROSATI
                        Professional Corporation

8

9                   By: /s/    Diane M. Walters
10                       Diane M. Walters
                       dwalters@wsgr.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]     -4-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

1

## <u>ORDER</u>

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:    4/24/13          _____
                                  THE HONORABLE RICHARD SEEBORG
5                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]          -5-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS