BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
NAIRA DER KIUREGHIAN, State Bar No. 282391
Email: ndk@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
OCZ Technology Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SECURITIES LITIGATION | CASE NO.: 12-CV-05265-RS<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT<br><br>DATE: N/A<br>TIME: N/A<br>JUDGE: Hon. Richard Seeborg |

1 WHEREAS, on March 5, 2013, plaintiffs in the above-captioned action filed a Consolidated Amended Class Action Complaint (the "Consolidated Amended Complaint");

WHEREAS, the parties have agreed to a private mediation to explore the possibility of a resolution of the above-captioned action;

WHEREAS, the parties have agreed to re-schedule the mediation date, which previously was set for June 27, 2013, to September 4, 2013;

WHEREAS, pursuant to a Stipulation and Order dated April 24, 2013 (Dkt. No. 41), defendants' deadline to respond to the Consolidated Amended Complaint had been continued until thirty days after the mediation;

WHEREAS, in light of the new mediation date of September 4, 2013, defendants have requested that the deadline to respond to the Consolidated Amended Complaint be continued accordingly and extended until thirty days after the September 4, 2013 mediation, or until October 4, 2013, and plaintiffs have agreed to defendants' request;

WHEREAS, the requested extension is not for the purpose of delay and will not prejudice any party;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1. Defendants shall have until thirty days after the September 4, 2013 mediation, or until October 4, 2013, to respond to the Consolidated Amended Complaint.

STIPULATION AND [PROPOSED]    -1-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

| | | |
|---|---|---|
| 1 | Dated:  July 17, 2013 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA   94304<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100 |
| 5 | | By: /s/      Diane M. Walters<br>           Diane M. Walters<br>           dwalters@wsgr.com |
| 7 | | Attorneys for Defendant<br>OCZ Technology Group, Inc. |
| 9 | Dated:  July 17, 2013 | HOGAN LOVELLS LLP<br>525 University Avenue 4th Floor<br>Palo Alto, CA   94301<br>Telephone:  (650) 463-4000<br>Facsimile:    (650) 463-4199 |
| 12 | | By: /s/      Norman J. Blears<br>           Norman J. Blears<br>           Norman.blears@hoganlovells.com |
| 14 | |  Attorneys for Defendant<br> Arthur F. Knapp, Jr. |
| 17 | Dated:  July 17, 2013 | IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA   90067<br>Telephone:  (310) 277-1010<br>Facsimile:    (310) 203-7199 |
| 20 | | By: /s/      Daniel P. Lefler<br>           Daniel P. Lefler<br>           DLefler@irell.com |
| 22 | | Attorneys for Defendant<br>Ryan M. Petersen |

STIPULATION AND [~~PROPOSED~~]             -2-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

Dated: July 17, 2013

LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC  20007
Telephone:  (202) 524-4290
Facsimile:    (202) 337-1567


By: /s/     Nicholas I. Porritt
       Nicholas I. Porritt
       Email:  nporritt@zlk.com

   - and -

PUNZALAN LAW, P.C.
600 Allerton Street, Suite 201
Redwood City, CA  94063
Telephone:  (650) 362-4150
Facsimile:    (650) 362-4151

Attorneys for Lead Plaintiff The OCZ Investor Group

STIPULATION AND [~~PROPOSED~~]   -3-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

1  I, Diane M. Walters, am the ECF user whose ID and password are being used to file this
2  STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO
3  RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT.  In
4  compliance with General Order 45, X.B., I hereby attest that Norman J. Blears, Daniel P. Lefler,
5  and Nicholas Porritt have concurred in this filing.

6

7  Dated:  July 17, 2013                           WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation
8

9                                                  By: /s/    Diane M. Walters
                                                           Diane M. Walters
10                                                         dwalters@wsgr.com

STIPULATION AND [~~PROPOSED~~]             -4-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/18/13

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE