BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
NAIRA DER KIUREGHIAN, State Bar No. 282391
Email: ndk@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:   (650) 565-5100

*Attorneys for Defendant
OCZ Technology Group, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SECURITIES LITIGATION | CASE NO.: 12-CV-05265-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>DATE:   N/A<br>TIME:   N/A<br>JUDGE:  Hon. Richard Seeborg |

STIPULATION AND [PROPOSED]
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

1      WHEREAS, on March 5, 2013, plaintiffs in the above-captioned action filed a
2 Consolidated Amended Class Action Complaint (the "Consolidated Amended Complaint");
3      WHEREAS, in light of the parties' agreement to participate in private mediation
4 proceedings, the parties previously stipulated to extend Defendants' deadline to respond to the
5 Consolidated Amended Complaint to October 4, 2013, and the Court granted the requested
6 extension (Dkt. No. 43);
7      WHEREAS, a Case Management Conference in the above-captioned action currently is
8 scheduled for October 3, 2013;
9      WHEREAS, on September 13, 2013, the parties participated in a private mediation before
10 the Honorable Edward A. Infante (ret.);
11      WHEREAS, the parties currently are engaging in continuing settlement discussions;
12      WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval, to
13 continue the date for Defendants' deadline to respond to the Consolidated Amended Complaint by
14 thirty (30) days, or until November 4, 2013;
15      WHEREAS, the parties further request that the October 3, 2013 Case Management
16 Conference be continued for sixty (60) days, or until such date as is convenient for the Court;
17      WHEREAS, the requested extensions are not for the purpose of delay and will not
18 prejudice any party;
19      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
20 undersigned, subject to Court approval, as follows:
21      1.   Defendants shall have until November 4, 2013 to respond to the Consolidated
22 Amended Complaint.
23      2.   The October 3, 2013 Case Management Conference is vacated and shall be
24 continued until December 12, 2013, and the related Case Management Conference and ADR
25 deadlines are continued in accordance with the December 12, 2013 CMC date.
26
27
28

STIPULATION AND [PROPOSED]              -1-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

| | | |
|---|---|---|
| 1 | Dated:  September 25, 2013 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| | | 650 Page Mill Road |
| 3 | | Palo Alto, CA   94304 |
| | | Telephone:  (650) 493-9300 |
| 4 | | Facsimile:   (650) 565-5100 |
| 5 | | By: /s/      Diane M. Walters |
| | | Diane M. Walters |
| 6 | | dwalters@wsgr.com |
| 7 | | Attorneys for Defendant |
| | | OCZ Technology Group, Inc. |
| 8 | | |
| 9 | Dated:  September 25, 2013 | HOGAN LOVELLS US LLP |
| | | 525 University Avenue 4th Floor |
| 10 | | Palo Alto, CA   94301 |
| | | Telephone:  (650) 463-4000 |
| 11 | | Facsimile:    (650) 463-4199 |
| 12 | | |
| 13 | | By: /s/      Norman J. Blears |
| | | Norman J. Blears |
| | | Norman.blears@hoganlovells.com |
| 14 | | |
| | | Attorneys for Defendant |
| 15 | | Arthur F. Knapp, Jr. |
| 16 | | |
| 17 | Dated:  September 25, 2013 | IRELL & MANELLA LLP |
| | | 1800 Avenue of the Stars, Suite 900 |
| 18 | | Los Angeles, CA   90067 |
| | | Telephone:  (310) 277-1010 |
| 19 | | Facsimile:    (310) 203-7199 |
| 20 | | |
| | | By: /s/      Daniel P. Lefler |
| 21 | | Daniel P. Lefler |
| | | DLefler@irell.com |
| 22 | | |
| | | Attorneys for Defendant |
| 23 | | Ryan M. Petersen |

STIPULATION AND [PROPOSED]           -2-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

| | | |
|---|---|---|
| 1 | Dated: September 25, 2013 | LEVI & KORSINSKY LLP |
| 2 | | 1101 30th Street NW, Suite 115 |
| | | Washington, DC  20007 |
| 3 | | Telephone:  (202) 524-4290 |
| | | Facsimile:    (202) 337-1567 |

By: /s/   Nicholas I. Porritt
          Nicholas I. Porritt
          Email:  nporritt@zlk.com

   - and -

PUNZALAN LAW, P.C.
600 Allerton Street, Suite 201
Redwood City, CA  94063
Telephone:  (650) 362-4150
Facsimile:    (650) 362-4151

Attorneys for Lead Plaintiff The OCZ Investor Group

STIPULATION AND [PROPOSED]         -3-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

I, Diane M. Walters, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Norman J. Blears, Daniel P. Lefler, and Nicholas Porritt have concurred in this filing.

Dated: September 25, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Diane M. Walters
Diane M. Walters
dwalters@wsgr.com

STIPULATION AND [PROPOSED] -4-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/25/13

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]          -5-
ORDER RE EXTENSION OF TIME
CASE NO. 12-CV-05265-RS