BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
NAIRA DER KIUREGHIAN, State Bar No. 282391
Email: ndk@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendant*
*OCZ Technology Group, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SECURITIES LITIGATION | CASE NO.: 12-CV-05265-RS<br><br>STIPULATION AND ORDER REGARDING RESPONSE TO COMPLAINT AND CASE MANAGEMENT CONFERENCE, AS MODIFIED BY THE COURT<br><br>DATE: N/A<br>TIME: N/A<br>JUDGE: Hon. Richard Seeborg |

STIPULATION AND ORDER RE
RESPONSE TO COMPLAINT AND
CMC
CASE NO. 12-CV-05265-RS

1    WHEREAS, on March 5, 2013, plaintiffs in the above-captioned action filed a
2  Consolidated Amended Class Action Complaint (the "Consolidated Amended Complaint");
3    WHEREAS, in light of the parties' agreement to participate in private mediation
4  proceedings, the parties previously stipulated to extend Defendants' deadline to respond to the
5  Consolidated Amended Complaint to November 4, 2013, and the Court granted the requested
6  extension (Dkt. No. 45);
7    WHEREAS, a Case Management Conference in the above-captioned action is scheduled
8  for December 12, 2013;
9    WHEREAS, on September 13, 2013, the parties participated in a private mediation before
10 the Honorable Edward A. Infante (ret.);
11   WHEREAS, the parties reached an agreement in principle to settle the above-captioned
12 action following the mediation;
13   WHEREAS, the parties currently are engaged in drafting settlement documents, which
14 they anticipate filing with the Court in the near future;
15   WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval, to
16 take off calendar: (1) Defendants' deadline to respond to the Consolidated Amended Complaint;
17 and (2) the Case Management Conference and the related Case Management Conference and ADR
18 deadlines;
19   WHEREAS, the requested actions are not for the purpose of delay and will not prejudice
20 any party;
21   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
22 undersigned, subject to Court approval, as follows:
23   1.    The November 4, 2013 deadline to respond to the Consolidated Amended
24 Complaint shall be taken off calendar.
25   2.    The December 12, 2013 Case Management Conference and related Case
26 Management Conference and ADR deadlines shall be vacated.
27
28

STIPULATION AND [PROPOSED]          -1-
ORDER RE RESPONSE TO
COMPLAINT AND CMC
CASE NO. 12-CV-05265-RS

| | | |
|---|---|---|
| 1 | Dated: October 31, 2013 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| | | 650 Page Mill Road |
| 3 | | Palo Alto, CA  94304 |
| | | Telephone:  (650) 493-9300 |
| 4 | | Facsimile:   (650) 565-5100 |
| 5 | | By: /s/     Diane M. Walters |
| | | Diane M. Walters |
| 6 | | dwalters@wsgr.com |
| 7 | | Attorneys for Defendant |
| | | OCZ Technology Group, Inc. |
| 8 | | |
| 9 | Dated: October 31, 2013 | HOGAN LOVELLS US LLP |
| | | 525 University Avenue 4th Floor |
| 10 | | Palo Alto, CA  94301 |
| | | Telephone:  (650) 463-4000 |
| 11 | | Facsimile:   (650) 463-4199 |
| 12 | | |
| 13 | | By: /s/     Norman J. Blears |
| | | Norman J. Blears |
| 14 | | Norman.blears@hoganlovells.com |
| 15 | | Attorneys for Defendant |
| | | Arthur F. Knapp, Jr. |
| 16 | | |
| 17 | Dated: October 31, 2013 | IRELL & MANELLA LLP |
| | | 1800 Avenue of the Stars, Suite 900 |
| 18 | | Los Angeles, CA  90067 |
| | | Telephone:  (310) 277-1010 |
| 19 | | Facsimile:   (310) 203-7199 |
| 20 | | |
| 21 | | By: /s/     Daniel P. Lefler |
| | | Daniel P. Lefler |
| 22 | | DLefler@irell.com |
| 23 | | Attorneys for Defendant |
| | | Ryan M. Petersen |

STIPULATION AND [PROPOSED]
ORDER RE RESPONSE TO
COMPLAINT AND CMC
CASE NO. 12-CV-05265-RS

-2-

| | |
|---|---|
| 1  Dated: October 31, 2013 | LEVI & KORSINSKY LLP |
| 2 | 1101 30th Street NW, Suite 115 |
|   | Washington, DC  20007 |
|   | Telephone:  (202) 524-4290 |
| 3 | Facsimile:    (202) 337-1567 |

1  Dated: October 31, 2013

LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC  20007
Telephone:  (202) 524-4290
Facsimile:    (202) 337-1567

By: /s/   Nicholas I. Porritt
       Nicholas I. Porritt
       Email:  nporritt@zlk.com

- and -

PUNZALAN LAW, P.C.
600 Allerton Street, Suite 201
Redwood City, CA   94063
Telephone:  (650) 362-4150
Facsimile:    (650) 362-4151

Attorneys for Lead Plaintiff The OCZ Investor Group

STIPULATION AND [PROPOSED]   -3-
ORDER RE RESPONSE TO
COMPLAINT AND CMC
CASE NO. 12-CV-05265-RS

1     I, Diane M. Walters, am the ECF user whose ID and password are being used to file this
2 STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT
3 AND CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I
4 hereby attest that Norman J. Blears, Daniel P. Lefler, and Nicholas Porritt have concurred in this
5 filing.

6

7 Dated: October 31, 2013      WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
8

9      By: /s/   Diane M. Walters
    Diane M. Walters
10     dwalters@wsgr.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]      -4-
ORDER RE RESPONSE TO
COMPLAINT AND CMC
CASE NO. 12-CV-05265-RS

## ORDER

Based upon the foregoing stipulation of the parties and for good cause appearing:

1. The November 4, 2013 deadline to respond to the Consolidated Amended Complaint is vacated.

2. The December 12, 2013 Case Management Conference is vacated and shall be continued until January 23, 2014, and the related Case Management Conference and ADR deadlines are continued in accordance with the January 23, 2014 CMC date.

DATED: 10/31/13

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER RE RESPONSE TO
COMPLAINT AND CMC
CASE NO. 12-CV-05265-RS

-5-