# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ZCO LIQUIDATING CORPORATION (F/K/A OCZ TECHNOLOGY GROUP, INC.) ET AL.<br><br>Special Enforcement Matter. | Case No.  15-mc-80010-EDL<br><br>**SUA SPONTE REFERRAL ORDER** |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Richard Seeborg for the purpose of considering whether it is related to the following cases: In re OCZ Technology Group. Inc. Shareholder Derivative Litigation, C-12-5556 RS and C-12-5265 RS.

**IT IS SO ORDERED.**

Dated: January 27, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge