1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCZ TECHNOLOGY GROUP, INC. SECURITIES LITIGATION | Case No. 3:12-CV-05265-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES**<br><br>DATE:   July 30, 2015<br>TIME:   1:30 p.m.<br>CTRM:   3, 17th Floor<br>JUDGE:  Hon. Richard Seeborg |

1  The parties' settlement establishing a $7.5 million settlement fund ("Settlement Fund")
2  [has received/ is pending] final approval.  Having read and considered the papers filed and
3  arguments made by counsel, and good cause appearing,
4  IT IS HEREBY ORDERED AS FOLLOWS:
5  1.  The Court hereby awards Lead Plaintiffs' attorneys' fees for the class action
6  settlement in the amount of $1,782,595.56.
7  2.  Lead Plaintiffs' application for costs is granted in the amount of $108,675.81.
8  IT IS SO ORDERED.

DATED: 9/21/15

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE