UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCZ TECHNOLOGY GROUP, INC., et al., <br><br> Defendants. | Case No. 12-cv-05265-RS <br><br> **ORDER REQUESTING FURTHER BRIEFING** |

Plaintiffs and lead counsel have filed a motion for distribution of funds. The proposed order contains the following release:

> All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Proofs of Claim submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they receive payment from the Net Settlement Fund, are barred from making any further claims against the Net Settlement Fund, Lead Plaintiffs, Lead Counsel, the Claims Administrator, the Escrow Agent or any other agent retained by Lead Plaintiffs or Lead Counsel in connection with the administration or taxation of the Settlement Fund or the Net Settlement Fund beyond the amount allocated to Authorized Claimants.

Proposed Order ¶ K.

Plaintiffs have not identified legal authority for such a release or explained fully why the court should order this release. Accordingly, plaintiffs are requested to submit a supplemental brief within 15 days of the date of this order, not to exceed 5 pages, explaining why this release is

1  legal, fair, and proper.  The hearing on the motion for distribution of net settlement funds is
2  continued until March 17, 2016, at 1:30 p.m.
3  **IT IS SO ORDERED**.

5  Dated:  February 25, 2016

_____
RICHARD SEEBORG
United States District Judge